IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN R. KOLTHOFF,

           Petitioner,

       v.                          CASE NO.  08-3032-RDR

NEIL H. ADLER,

           Respondent.

**O R D E R**

This petition for writ of habeas corpus, 28 U.S.C. § 2241, was filed an inmate of the Taft Federal Prison Camp, Taft, California.  Mr. Kolthoff claims he is being "unlawfully held." His federal conviction in the District of Kansas for possession of firearms is currently on direct appeal to the Tenth Circuit.  He challenges the execution of his federal and state sentences.

On February 12, 2008, this court entered an Order finding it does not have jurisdiction over petitioner's current custodian as required in a Section 2241 action, petitioner has not shown exhaustion of BOP administrative remedies, and grounds for this petition are not clearly stated.  Petitioner was ordered to file a Supplement to his Petition indicating this court has jurisdiction, showing full exhaustion of prison administrative remedies, and stating facts in support of his claim that he is being illegally detained.  Petitioner was warned that if he did not supplement his Petition as directed in the time allotted, this action could be dismissed without further notice.

The time for petitioner to comply with the court's prior Order has expired, and nothing has been submitted by him. As a result, the court finds this action must be dismissed for the reasons stated in its Order of February 12, 2008, and herein.

**IT IS THEREFORE ORDERED** that this action is dismissed and all relief is denied, without prejudice.

**DATED:** This 25th day of March, 2008, at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge